AMERICAN ROLLING MILL COMPANY, Plaintiff-Appellant v. ATKINSON, Administrator of the Bureau of Unemployment Compensation, Defendant-Appellee.

Ohio Appeals, Second District, Franklin County.

No. 3514.   Decided December 10, 1942.

52

Dargusch, Caren, Greek & King, Columbus, for plaintiff-appellant.

Thompson, Hine & Flory, Cleveland, and James W. Havighurst of Counsel, Cleveland, Amicus Curiae, supporting plaintiff-appellant.

Thomas J. Herbert, attorney general, Columbus, and John M. Woy, asst. attorney general, Columbus, for defendant-appellee.

## OPINION

BY THE COURT:

The judgment of the Common Pleas Court will be affirmed upon the decision of Judge Leach.

The determinative question presented is whether or not the amendment to Section 1607, Title 26, Code of Laws of the United States, effective January 1, 1940, excepted the remuneration paid by plaintiff in 1940 in "wages" for the year 1939. As we understand it, no Federal Court has adjudicated the question and we believe the interpretation of the statute by Judge Leach is sound.

GEIGER, P. J., BARNES and HORNBECK, JJ., concur.